# EXHIBIT A

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 1/13/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** K&K Insurance Group, Inc.
1712 Magnavox Way
Fort Wayne, IN 46804
www.kandkinsurance.com   0334819

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** 260-459-5025
**FAX (A/C, No):** 260-459-5140
**E-MAIL ADDRESS:**

**INSURER(S) AFFORDING COVERAGE** — NAIC #
**INSURER A:** National Casualty Company
**INSURER B:**
**INSURER C:**
**INSURER D:**
**INSURER E:**
**INSURER F:**

**INSURED:** National Physique Committee U.S.A.
212 Ninth Street
Suite 500
Pittsburgh PA 15222

## COVERAGES     CERTIFICATE NUMBER: 23039768     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY ✓ / CLAIMS-MADE / ✓ OCCUR / ✓ Owners & Contractors | | | KRO0004959500 | 1/1/2015 | 1/1/2016 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC / OTHER: | | | | | | GENERAL AGGREGATE | NONE |
| | | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | | | | | | | Part Lgl Liab | $1,000,000 |
| A | AUTOMOBILE LIABILITY / ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / ✓ HIRED AUTOS / ✓ NON-OWNED AUTOS | | | KRO0004959500 | 1/1/2015 | 1/1/2016 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | UMBRELLA LIAB / ✓ EXCESS LIAB / OCCUR / CLAIMS-MADE / DED / RETENTION $ | | | XKO0004959600 | 1/1/2015 | 1/1/2016 | EACH OCCURRENCE | $4,000,000 |
| | | | | | | | AGGREGATE | $4,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Proof of Insurance
Event Name: Phil Heath Classic   Event Date: 03/28/15 through 03/28/15
Event Location: Bayou Music Center - Houston, Texas

**CERTIFICATE HOLDER**

Lee Thompson
6304 Carlton Court
McKinney TX 75070

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
Scott Lunsford

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)     The ACORD name and logo are registered marks of ACORD

CERT NO.: 23039768   Theresa Proviano   1/13/2015 8:19:32 AM (CST)   Page 1 of 1