IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL PHYSIQUE COMMITTEE OF THE USA, INC. d/b/a NPC; and JAMES B. MANION, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY LEE THOMPSON, an individual; and NSPIRE PHYSIQUE CHAMPIONSHIP LEAGUE LLC d/b/a NPC GLOBAL,<br><br>Defendants. | Civil Action No. _____<br><br>**ELECTRONICALLY FILED** |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff National Physique Committee of the USA, Inc. d/b/a NPC in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said Plaintiff that have issued shares or debt securities to the public.

Respectfully submitted,

Dated:  October 27, 2015                                BUCHANAN INGERSOLL & ROONEY PC

By:     /s/ Brian H. Simmons
         Brian H. Simmons
         Pa. I.D. No. 84187
         20th Floor, One Oxford Centre
         Pittsburgh, PA 15219
         (412) 562-8800

         *Attorneys for Plaintiffs National Physique Committee of the USA, Inc. d/b/a NPC and James B. Manion*